Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**LEXUS DAVIS**
**3607 Chestnut**
**Kansas City, MO 64128,**

<b>Plaintiff,</b>

**v.**

**WAYNE JACKSON**
**390 Sheltons Loop**
**Crossett, AR 71635**

**and**

**DEDICATED LOGISTICS, LLC**
**[Serve:       Alan Riels, Registered Agent**
**                 813 Industrial Drive**
**                 Crossett, AR 71635]**

<b>Defendants.</b>

**Case no:** _____
**Division no:** _____

### PETITION FOR DAMAGES

Plaintiff Lexus Davis, by and through counsel, states and alleges as follows for her cause of action against the above-named defendants:

1.      Plaintiff is, and at all times relevant hereto was, an individual residing in the state of Missouri.

2.      Defendant Wayne Jackson is, and at all times relevant hereto was, an individual residing in the state of Arkansas. Defendant Jackson can be served with process by delivering a copy of a summons and this petition to him at his residence address which is located at 390 Sheltons Loop, Crossett, Ashley County, Arkansas 71635.

1

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

3.     Defendant Dedicated Logistics, LLC is, and at all times relevant hereto was, a limited liability company organized and existing in the State of Arkansas which can be served by delivering a copy of this petition and a summons to its registered agent, Alan Riels, at 813 Industrial Drive, Crossett, Ashley County, Arkansas 71635.

4.     This court has personal jurisdiction over both defendants in that Plaintiff's cause of action arises from a motor vehicle collision that occurred in Jackson County, Missouri involving a semi-tractor trailer owned by Defendant Dedicated Logistics, LLC and operated by Defendant Jackson. At the time of the collision, Defendant Jackson was operating a tractor trailer in the course and scope of his employment with Dedicated Logistics, LLC and in furtherance of Defendant Dedicated Logistics, LLC's freight hauling business. Therefore, this court has personal jurisdiction over the defendants pursuant to Missouri Rule of Civil Procedure 54.06(a)(1) and 54.06(a)(3).

5.     On May 9, 2020 at approximately 1:31 a.m., Plaintiff was operating a motor vehicle southbound on Interstate 49 in Grandview, Jackson County, Missouri, when she exited the highway for 140th Street.

6.     At the same time and place, Defendant Wayne Jackson was operating his semi-tractor trailer southbound on Interstate 49 in the lane immediately to Plaintiff Davis' left. As Plaintiff drove southbound on the exit for 140th Street, Defendant Wayne Jackson merged his semi-tractor trailer into Plaintiff's lane causing his semi-tractor trailer to collide with the motor vehicle operated by Plaintiff Davis.

7.     The above described motor vehicle collision was directly and proximately caused by the negligence of Defendant Wayne Jackson in that he moved his vehicle from

2

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

its lane into an adjacent lane before first ascertaining that such movement could be made with safety in violation of Missouri Revised Statutes §304.015, he failed to keep a careful lookout, and he failed to maintain proper control of his vehicle.

8.     As a direct and proximate result of Defendant Jackson's negligence, Plaintiff sustained personal injuries to her neck and low back, underwent reasonable and necessary medical care for those injuries, incurred reasonable and customary charges for her medical care, lost time, consciously experienced pain, suffering, mental anguish, experience a loss of enjoyment of life, and is reasonably expected to experience all such similar losses in the future.

9.     Defendant Dedicated Logistics is vicariously liable for the negligent acts and omissions of Defendant Jackson because Defendant Jackson was acting within the course and scope of his employment with Dedicated Logistics, LLC at the time of the above described collision. Defendant Dedicated Logistics is therefore responsible to Plaintiff pursuant to the doctrine of *respondant superior*.

**WHEREFORE** Plaintiff Lexus Davis respectfully prays the Court enter judgment in her favor and against Defendant Wayne Jackson and Dedicated Logistics, LLC in an amount that is fair and reasonable, for her costs incurred herein, and for such other and further relief as the Court deems just and proper in the premises.

3

Respectfully Submitted,

COUCH, PIERCE, KING &
WHARTON, CHARTERED

_____

MICHAEL W. WHARTON     MO#40787
12 Corporate Woods Suite 370
10975 Benson Drive
Overland Park, Kansas 66210
Telephone: 913-451-8430
Fax: 913-451-8531
Email: mwharton@cpkwlaw.com
**ATTORNEYS FOR PLAINTIFF**

## DEMAND FOR JURY TRIAL

**COMES NOW** the plaintiff, Lexus Davis, and demands trial by jury on all issues

so triable.

_____

MICHAEL W. WHARTON

4

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**LEXUS DAVIS**
**3607 Chestnut**
**Kansas City, MO 64128,**

<b>Plaintiff,</b>

**v.**

Case no: _____
Division no: _____

**WAYNE JACKSON**
**390 Sheltons Loop**
**Crossett, AR 71635**

**and**

**DEDICATED LOGISTICS, LLC**
[Serve:      **Alan Riels, Registered Agent**
             **813 Industrial Drive**
             **Crossett, AR 71635**]

<b>Defendants.</b>

<b><u>REQUEST AND SERVICE INSTRUCTION FORM</u></b>

To:     Clerk of the Circuit Court

Please issue a Summons in this action to **DEDICATED LOGISTICS, LLC** whose address for service is:

> **Alan Riels, Registered Agent**
> **Dedicated Logistics, LLC**
> **813 Industrial Drive**
> **Crossett, AR 71635**

__XX____ a. Service through the Sheriff of Ashley County, State of Arkansas.

_____ b.      Service by an authorized process server.

_____ c. Certified mail service by the undersigned litigant or attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk. The postal receipt for service must be filed with the clerk's office to prove service.

_____ d.  Certified mail service by the Sheriff of _____ County, Missouri. Sheriff of _____ County does not do out-of-state service by certified mail.

___XX___ e.  Return to undersigned attorney for service.

Respectfully submitted,

COUCH, PIERCE, KING
& WHARTON, CHARTERED

_____
MICHAEL W. WHARTON        #40787
12 Corporate Woods, Suite 370
10975 Benson Drive
Overland Park, Kansas  66210-2120
Telephone:  (913) 451-8430
Facsimile:  (913) 451-8531
Email: mwharton@cpkwlaw.com
**ATTORNEYS FOR PLAINTIFFS**

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**LEXUS DAVIS**
**3607 Chestnut**
**Kansas City, MO 64128,**

**Plaintiff,**

**v.**                                                    Case no: _____
                                                         Division no: _____

**WAYNE JACKSON**
**390 Sheltons Loop**
**Crossett, AR 71635**

**and**

**DEDICATED LOGISTICS, LLC**
**[Serve:      Alan Riels, Registered Agent**
**            813 Industrial Drive**
**            Crossett, AR 71635]**

**Defendants.**

## REQUEST AND SERVICE INSTRUCTION FORM

To:      Clerk of the Circuit Court

 Please issue a Summons in this action to **WAYNE JACKSON** whose address for service is:

>       **WAYNE JACKSON**
>       **390 Sheltons Loop**
>       **Crossett, AR 71635**


__XX____ a. Service through the Sheriff of Ashley County, State of Arkansas.

_____ b.      Service by an authorized process server.

_____ c.Certified mail service by the undersigned litigant or attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk.   The postal receipt for service must be filed with the clerk's office to prove service.

_____ d.   Certified mail service by the Sheriff of _____ County, Missouri. Sheriff of _____County does not do out-of-state service by certified mail.

___XX___ e.       Return to undersigned attorney for service.

Respectfully submitted,

COUCH, PIERCE, KING
& WHARTON, CHARTERED

_____

MICHAEL W. WHARTON       #40787
12 Corporate Woods, Suite 370
10975 Benson Drive
Overland Park, Kansas  66210-2120
Telephone:  (913) 451-8430
Facsimile:  (913) 451-8531
Email: mwharton@cpkwlaw.com
**ATTORNEYS FOR PLAINTIFFS**



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2116-CV01946 |
|---|---|
| Plaintiff/Petitioner:<br>LEXUS DAVIS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS 66210 |
| vs. | |
| Defendant/Respondent:<br>WAYNE JACKSON | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** **WAYNE JACKSON**
          **Alias:**

390 SHELTONS LOOP
CROSSETT, AR 71635

*COURT SEAL OF*

*JACKSON COUNTY*

       You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

29-JAN-2021
    Date                                       Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                 ☐ the judge of the court of which affiant is an officer.
*(Seal)*          ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                   (use for out-of-state officer)
         ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

**LEXUS DAVIS**
**3607 Chestnut**
**Kansas City, MO 64128,**

                    **Plaintiff,**

**v.**

**WAYNE JACKSON**
**390 Sheltons Loop**
**Crossett, AR 71635**

**and**

**DEDICATED LOGISTICS, LLC**
**[Serve:**     **Alan Riels, Registered Agent**
          **813 Industrial Drive**
          **Crossett, AR 71635]**

                    **Defendants.**

**Case no:** _____

**Division no:** _____

**NOTICE OF SERVICE OF DISCOVERY REQUESTS**

    Plaintiff, Lexus Davis, hereby notifies the Court and counsel that she has served Plaintiff's First set of Interrogatories on Defendant Wayne Jackson and Plaintiff's First Request for Production of Documents on Defendant Wayne Jackson by serving same with the petition for damages.

                        Respectfully Submitted,

                        COUCH, PIERCE, KING &
                        WHARTON, CHARTERED

                        _____
                        MICHAEL W. WHARTON    MO#40787
                        12 Corporate Woods Suite 370
                        10975 Benson Drive
                        Overland Park, Kansas 66210
                        Telephone: 913-451-8430/Fax: 913-451-8531
                        Email: mwharton@cpkwlaw.com
                        **ATTORNEYS FOR PLAINTIFF**

Electronically Filed - Jackson - Kansas City - January 22, 2021 - 02:24 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

**LEXUS DAVIS**
**3607 Chestnut**
**Kansas City, MO 64128,**

                    **Plaintiff,**

**v.**                                              Case no: _____
                                                    Division no: _____

**WAYNE JACKSON**
**390 Sheltons Loop**
**Crossett, AR 71635**

**and**

**DEDICATED LOGISTICS, LLC**
**[Serve:      Alan Riels, Registered Agent**
**             813 Industrial Drive**
**             Crossett, AR 71635]**

                    **Defendants.**

<u>**NOTICE OF SERVICE OF DISCOVERY REQUESTS**</u>

Plaintiff, Lexus Davis, hereby notifies the Court and counsel that she has served

Plaintiff's First set of Interrogatories on Defendant Dedicated Logistics, LLC and

Plaintiff's First Request for Production of Documents on Defendant Dedicated Logistics,

LLC by serving same with the petition for damages.

                    Respectfully Submitted,

                    COUCH, PIERCE, KING &
                    WHARTON, CHARTERED

                    _____
                    MICHAEL W. WHARTON        MO#40787
                    12 Corporate Woods Suite 370
                    10975 Benson Drive
                    Overland Park, Kansas 66210
                    Telephone: 913-451-8430/Fax: 913-451-8531
                    Email: mwharton@cpkwlaw.com
                    **ATTORNEYS FOR PLAINTIFF**

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

LEXUS DAVIS,

                           **PLAINTIFF(S),**                   **CASE NO.** 2116-CV01946

**VS.**                                                     **DIVISION 18**

WAYNE JACKSON, ET AL

                           **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION
_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **KEVIN DUANE HARRELL** on **10-MAY-2021** in **DIVISION 18** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 14 of 33

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

_/S/ KEVIN DUANE HARRELL_
KEVIN DUANE HARRELL, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
MICHAEL WAYNE WHARTON, 10975 BENSON DRIVE, SUITE 370, OVERLAND PARK, KS 66210

Defendant(s):
WAYNE JACKSON
DEDICATED LOGISTICS, LLC

Dated: 29-JAN-2021

MARY A. MARQUEZ
Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2116-CV01946 |
|---|---|
| Plaintiff/Petitioner:<br>LEXUS DAVIS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS 66210 |
| Defendant/Respondent:<br>WAYNE JACKSON | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

vs.

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** **WAYNE JACKSON**
Alias:

390 SHELTONS LOOP
CROSSETT, AR 71635

**COURT SEAL OF**

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

29-JAN-2021
Date _____ Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ , a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other (describe) _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____ _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees, if applicable** | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| **Total** | $ _____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* **Document ID#** 21-SMOS-92  1  of  2  Filed **(2116-CV01946)** Page 16 of 33
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo
Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 16 of 33

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number:  2116-CV01946 |
| Plaintiff/Petitioner:<br>LEXUS DAVIS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS  66210 |
| vs. | |
| Defendant/Respondent:<br>WAYNE JACKSON | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:**  DEDICATED LOGISTICS, LLC
**Alias:**
ALAN RIELS, REGISTERED AGENT
813 INDUSTRIAL DRIVE
CROSSETT, AR  71635

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

29-JAN-2021
_____ Date                         _____ Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                            ☐ the judge of the court of which affiant is an officer.
*(Seal)*                 ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                            ☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

**Service Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $_____ per mile) |
| **Total** | $_____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: **Document ID#** 21-SMOS-93 2 of 2 (21JO-CV01946)
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 20 of 33

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


                                    Circuit Court of Jackson County

6/2020

Electronically Filed - Jackson - Kansas City - March 09, 2021 - 09:27 AM



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2116-CV01946 |
| Plaintiff/Petitioner:<br>LEXUS DAVIS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS 66210 |
| Defendant/Respondent: *390 Shelters*<br>WAYNE JACKSON *Crossett Law* | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **DEDICATED LOGISTICS, LLC**
**Alias:**
**ALAN RIELS, REGISTERED AGENT**
**813 INDUSTRIAL DRIVE**
**CROSSETT, AR 71635**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

29-JAN-2021
Date                                    Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is *Deputy Sheriff* of *Ashly* County, *Ark* (state).
3. I have served the above summons by: (check one)
   - [x] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other (describe) _____

Served at *3011 Hy 82 west Crossett* (address)
in *Ashly* County, *Arkansas* (state), on *3-3-21* (date) at *9 mm* (time).

*Guy Hughes*
Printed Name of Sheriff or Server                Signature of Sheriff or Server

Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)

I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

See the following page for directions to clerk and to officer making return on service of summons.

RECEIVED

FEB 2 2 2021

ASHLEY COUNTY SHERIFF
BY _____

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: Document ID# 21-SMOS-93   2  of  2          (2116-CV01946)                                   07.07, 506.500, 506.510 RSMo

Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 23 of 33

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2116-CV01946 |
| Plaintiff/Petitioner:<br>LEXUS DAVIS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS 66210 |
| | vs. |
| Defendant/Respondent:<br>WAYNE JACKSON | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: WAYNE JACKSON
                          Alias:

**390 SHELTONS LOOP**
**CROSSETT, AR 71635**

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

29-JAN-2021
Date                                                    Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _Ashley_ County, _Arkansas_ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - ☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _Michelle Johnston_, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     _____ (name) _____ (title)
   - ☐ other (describe) _____

Served at _391 Sheltons Loop Crossett_ (address)
in _Ashley_ County, _Arkansas_ (state), on _3-3-21_ (date) at _8:25a_ (time).

_Guy Hughes_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To me before this** _____ (day) _____ (month) _____ year)
I am: (check one) ☑ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                    (use for out-of-state officer)
                  ☐ authorized to administer oaths (use for court-appointed se

*(Seal)*

                                                            _____ ture and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - Jackson - Kansas City - March 09, 2021 - 09:27 AM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 21-SMOS-92** 2 of 2 **(2116-CV01946)** Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 26 of 33

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2116-CV01946 |
|---|---|
| Plaintiff/Petitioner:<br>LEXUS DAVIS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS 66210 |
| Defendant/Respondent:<br>WAYNE JACKSON *390 Shelton Crossett Law* | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **DEDICATED LOGISTICS, LLC**
**Alias:**
**ALAN RIELS, REGISTERED AGENT**
**813 INDUSTRIAL DRIVE**
**CROSSETT, AR 71635**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

29-JAN-2021
Date

Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _Ashly_ County, _Ark_ (state).
3. I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other (describe) _____ .

Served at _301 Hy 82 west Crossett_ (address)
in _Ashly_ County, _Arkinsons_ (state), on _3-3-21_ (date) at _9 am_ (time).

_Guy Hughes_                                     Signature of Sheriff or Server
Printed Name of Sheriff or Server

**Subscribed and Sworn To me before this** _____ (day) _____ (month) _____ (year)

I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

See the following page for directions to clerk and to officer making return on service of summons.

RECEIVED

FEB 2 2 2021

ASHLEY COUNTY SHERIFF
BY _____

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 21-SMOS-93** 1 of 2     **(2116-CV01946)**
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Electronically Filed - Jackson - Kansas City - March 09, 2021 - 09:27 AM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: Document ID# 21-SMOS-93   2 of 2          **(2116-CV01946)**          506.140, 506.150, 506.500, 506.510 RSMo

Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 29 of 33

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2116-CV01946 |
| Plaintiff/Petitioner:<br>LEXUS DAVIS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL WAYNE WHARTON<br>10975 BENSON DRIVE<br>SUITE 370<br>OVERLAND PARK, KS 66210 |
| vs. | |
| Defendant/Respondent:<br>WAYNE JACKSON | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: WAYNE JACKSON
Alias:

390 SHELTONS LOOP
CROSSETT, AR 71635

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

29-JAN-2021
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _Ashley_ County, _Arkansas_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _Michelle Johnston_, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _391 Sheltons Loop Crossett_ (address)
in _Ashley_ County, _Arkansas_ (state), on _3-3-21_ (date) at _8:25_ (time).

_Guy Hughes_
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Subscribed and Sworn To me before this _____ (day) _____ (month) _____ year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons.
(use for out-of-state officer)
☐ authorized to administer oaths (use for court-appointed se...

*(Seal)*

_____
ture and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* Document ID# 21-SMOS-92   1 of 2   (2116-CV01946)   ... 506.500, 506.510 RSMo

Case 4:21-cv-00226-DGK   Document 1-1   Filed 04/02/21   Page 32 of 33

Electronically Filed - Jackson - Kansas City - March 09, 2021 - 09:27 AM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States.  If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County