IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

LEXUS DAVIS,

        Plaintiff,

v.                          Case No. 21-CV-00226

WAYNE JACKSON
And DEDICATED LOGISTICS, LLC

        Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Lexus Davis and Defendants Wayne Jackson and Dedicated Logistics, Inc. through their undersigned attorneys, stipulate to dismissal of this action with prejudice with each party to pay their own attorney's fees and costs.

        Respectfully Submitted,

        COUCH, PIERCE, KING &
        WHARTON, CHARTERED
        */s/ Michael W. Wharton*
        _____
        MICHAEL W. WHARTON    MO#40787
        10975 Benson Drive, Ste. 370
        Overland Park, KS 66210
        Phone: 913-451-8430/Fax: 913-451-8531
        **ATTORNEY FOR PLAINTIFF**

        */s/ Corey L. Kraushaar*
        _____
        Corey L. Kraushaar
        Brown & James, PC-St.Louis
        800 Market Street, Suite 1100
        St. Louis, MO 63101
        Via Email: ckraushaar@bjpc.com
        ATTORNEYS FOR DEFENDANT